**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JUANA GOMEZ GOMEZ,

Petitioner,

v.

TODD M. LYONS; et al.,

Respondents.

Case No.: 26-cv-4104-JO-SBC

**[~~PROPOSED~~] ORDER ON JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Having considered the parties' Joint Motion to Dismiss Without Prejudice, and finding good cause therefore, the Joint Motion is hereby **GRANTED**. The Clerk of the Court is directed to close this case.

It is **SO ORDERED.**

DATED: July 24, 2026

Hon. Jinsook Ohta
United States District Judge